IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| In Re: | ) | Case No. 12-02796 |
| | ) | |
| Terry Loskoski, | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | Adversary Complaint No.: 13-80092-dd |
| | ) | |
| Terry Loskoski, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CitiFinancial, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STIPULATION DISMISSING
## ADVERSARY PROCEEDING WITH PREJUDICE

The above-captioned matter was filed on June 19, 2013, and it being represented to the Court by Plaintiff that he desires to dismiss this action with prejudice and the Defendant consents to the dismissal as indicated below. Therefore, the Plaintiff hereby dismisses this matter with prejudice.

NOW, THEREFORE, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, which applies to this adversary proceeding under Rule 7041 of the Federal Rules of Bankruptcy Procedure, Plaintiff Terry Loskoski and Defendant CitiFinancial, Inc. stipulate to dismissing the above captioned adversary proceeding (Adv. Pro. No. 13-80092-dd) *with prejudice*. The parties stipulate to the dismissal of their adversary proceeding *with prejudice* because they have settled their dispute.

| | |
|---|---|
| We so consent: | We so consent: |
| NELSON MULLINS RILEY & SCARBOROUGH, LLP | STONE LAW FIRM, LLC |
| s/ George B. Cauthen | s//Daniel A. Stone |
| George B. Cauthen | Daniel A. Stone |
| Federal Bar No. 81 | Federal Bar No. 8807 |
| E-mail: george.cauthen@nelsonmullins.com | E-Mail: danielstonelaw@gmail.com |
| 1320 Main Street / 17th Floor | 7436 Broad River Rd. |
| Post Office Box 11070 (29211-1070) | Irmo, SC 29063 |
| Columbia, SC 29201 | (803) 407-6565 |
| (803) 799-2000 | |
| Date: August 6, 2013 | Date: August 6, 2013 |
| **COUNSEL FOR DEFEENDANT CITIFINANCIAL, INC.** | **COUNSEL FOR PLAINTIFF TERRY LOSKOSKI** |